# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| STANSLY MAPONGA and<br>CHRISTINA MAPONGA,<br><br>      Plaintiffs,<br><br>v.<br><br>BARNETT WALKER,<br>VINCENT J. VENEGONI,<br>CONSTABLE, PRECINCT 4, and<br>AKROM ENTERPRISES, LLC,<br><br>      Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:24-CV-00184-ALM-AGD |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 24, 2025, the Report of the Magistrate Judge, (Dkt. #8), was entered containing proposed findings of fact and recommendation that Plaintiffs' Complaint (Dkt. #1) be dismissed without prejudice and that any request for relief not addressed by the Report be denied as moot.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that any request for relief not addressed by the Report is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

SIGNED this 13th day of February, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE